IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYAN ELLIOT FEHDERAU,

Plaintiff,

vs.

CATHOLIC HEALTH INITIATIVES,

Defendant.

8:18CV591

MEMORANDUM
AND ORDER

This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis ("IFP"). ([Filing No. 13](#).) Plaintiff filed a Notice of Appeal ([filing no. 7](#)) and a previous motion to proceed IFP on appeal ([filing no. 8](#)) on January 10, 2019, which motion I denied for the reason that the appeal is not from a final order and is, therefore, not in good faith. ([Filing No. 9](#).) To the extent Plaintiff seeks permission from this court to appeal IFP, his motion is denied for the reasons stated in my January 15, 2019 Memorandum and Order.[1]

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Appeal in Forma Pauperis ([filing no. 13](#)) is denied.

Dated this 22nd day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] Upon notification of Plaintiff's appeal, the Eighth Circuit Court of Appeals directed Plaintiff to either pay the $505.00 appellate filing fee in the district court or file a motion to proceed IFP in the Eighth Circuit Court of Appeals. ([Filing No. 11](#).) According to the docket sheet, notice of Plaintiff's present motion to appeal IFP was sent to the Eighth Circuit Court of Appeals.